# FINANCIAL DISCLOSURE REPORT

AO-10
Rev. 1/93

Report Required
Before Act of 19..
101-194, Novem...
(5 U.S.C.A. App...

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Porteous (Jr.), Gabriel T. | United States District Court Eastern District of Louisiana | 8-29-94 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) United States District Court Judge | 5. Report Type (check appropriate type) X Nomination, Date 8-25-94 ___ Initial ___ Annual ___ Final | 6. Reporting Period 1-1-93 - 8-25-94 |
| 7. Chambers or Office Address Division A, 24th Judicial District Ct. Gretna Courthouse - Annex Bldg. Gretna, Louisiana 70053 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions) | |
| | |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| | 1994 Year to Date | |
| | Judicial State of Louisiana | $ 49,206.00 |
| | Vascular Laboratory, Inc. (S) | $ |
| | 1993 | |
| | Judicial State of Louisiana | $ 72,830.58 |
| | Southern Baptist Hospital (Final balance of annuity, retirement, of my deceased mother) | $ 381.39 |
| | Vascular Laboratory, Inc. (S) (See Attachment I) | $ |

Digitized by Google

# 787

FINANCIAL DISCLOSURE REPORT (cont'd)          PORTEOUS (JR.), Gabriel T.      8-29-94

III.  NON-INVESTMENT INCOME

| | |
|---|---|
| 1992  Judicial State of Louisiana | $74,384.26 |
| Southern Baptist Hospital | 1,652.64 |
| (Retirement annuity deceased mother) | |
| Executive Life Insurance of California | 3,287.40 |
| (Retirement annuity deceased mother) | |

Vascular Laboratory, Inc. (S)

Digitized by Google

FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bartmess, Jr., Gabriel E. | 6-13-91 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

| SOURCE | DESCRIPTION |
|---|---|
| [ ] NONE (No such reportable reimbursements or gifts) | |
| Except | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [ ] NONE (No such reportable gifts) | | |
| Except | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| [X] NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (con't) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Porteous (Jr.), Gabriel T. | 8-29-94 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Exempt (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | If not exempt from disclosure (5) Identity of buyer/seller (if private transaction) |
| X | NONE (No reportable income, assets, or transactions) | | | | | | | | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less D=$15,001 to $50,000 | B=$1,001 to $2,500 E=$50,001 to $100,000 | C=$2,501 to 5,000 F=$100,001 to $1,000,000 | D=$5,001 to $15,000 G=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Porteous (Jr.), Gabriel T. | 8-29-94 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

**SOURCE** | **DESCRIPTION**

☐ NONE (No such reportable reimbursements or gifts)

Exempt

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

**SOURCE** | **DESCRIPTION** | **VALUE**

☐ NONE (No such reportable gifts)

Exempt | | $

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parentheticals "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

**CREDITOR** | **DESCRIPTION** | **VALUE CODE**

☒ NONE (No reportable liabilities)

* VALUE CODES: J = $15,000 or less  K = $15,001 to $50,000  L = $50,001 to $100,000  M = $100,001 to $250,000
N = $250,001 to $500,000  O = $500,001 to $1,000,000  P = more than $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Porteous (Jr.), Gabriel T. | 8-29-94 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-37 of Instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(Y)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Codes (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) Exempt | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) If not exempt from disclosure |
| X  NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | V=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Porteous (Jr.), Gabriel T. | 8-29-94 |

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date _September 6, 1994_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:         Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

Digitized by Google



**FIRST NATIONAL BANK OF COMMERCE**
(HEREINAFTER REFERRED TO AS "BANK")
P. O. BOX 60279
210 BARONNE STREET
NEW ORLEANS, LOUISIANA 70160

## PERSONAL FINANCIAL STATEMENT

NOTICE - This statement is designed for use by residents of Louisiana or another com... this statement only your own financial condition. List all of your separate assets and any... in which you have an interest, as well as all debts which may be satisfied out of eith... property. If you are seeking credit jointly with your spouse and your spouse has sepa... income, your spouse should submit a separate Personal Financial Statement and attach...

**FOR BANK USE ONLY:** OFFICER _____ CL# _____ CL# _____ IL# _____

Please do not leave any questions unanswered. Mark N/A ("Not Applicable") in any space which would otherwise be left blank.

### INDIVIDUAL INFORMATION

| | |
|---|---|
| Name Gabriel Thomas Porteous, Jr. | Employer Name Judicial Branch, State of Louisiana |
| Address | Employer Address 301 Loyola Ave. |
| City, State & Zip | City, State & Zip New Orleans, Louisiana 70112 |
| Date of Birth 12-15-46 | Years with Present Employer 10 |
| Social Security # | Position or Occupation Judge |
| Residential Phone | Business Phone |

### STATEMENT OF FINANCIAL CONDITION AS OF _____ April 26 ____, 19 94 ____

| ASSETS (Do not include assets of questionable value) | In Dollars (omit cents) | LIABILITIES | In Dollars (omit cents) |
|---|---|---|---|
| Cash - (See Schedule 1) | | Notes Payable - (See Schedule 8) | |
| Cash In This Institution | 1,500 | Notes Payable to This Institution - Secured | |
| Cash In Other Institutions | 1,700 | Notes Payable to This Institution - Unsecured | 3,614 |
| U.S. Gov't & Marketable Securities - (See Schedule 2) | | Other Notes Payable - Secured | |
| U.S. Gov't Securities | | Other Notes Payable - Unsecured | |
| Money Market Funds and Mutual Funds | | Automobile Loans | |
| Listed Securities (NYSE, ASE, OTC) | | Loans Against Margin Accounts - (See Schedule 2) | |
| Closely Held or Not Actively Traded Securities - | | Life Insurance Policy Loans - (See Schedule 3) | 2,000 |
| (See Schedule 2) | | Real Estate Mortgages Payable - (See Schedule 5) | |
| Cash Surrender Value - Life Insurance Policies - | | Personal Residence | 94,000 |
| (See Schedule 3) | 5,000 | Other Wholly Owned Real Estate | |
| IRA's, Keoghs, Profit Sharing & Other Vested | | Partially Owned Real Estate | |
| Retirement Accounts - (See Schedule 4) | 92,408 | Oil and Gas Liabilities - (See Schedule 7) | |
| Real Estate - (See Schedule 5) | | Credit Card Accounts and Bills Due | 37,853 |
| Personal Residence | 225,000 | Loans Due to Partnerships | |
| Other Wholly Owned Real Estate | | Unpaid Income Tax | |
| Partially Owned Real Estate | | Other Unpaid Taxes and Interest | |
| Real Estate Mortgages Owned - (See Schedule 6) | | Estimated Tax Liability on Assets If Liquidated | |
| Accounts Receivable & Notes Receivable - (See Schedule 6) | | Other Debts - Itemize below | |
| Oil and Gas Interests - (See Schedule 7) | | | |
| Deferred Income | | | |
| Automobiles | 15,000 | | |
| Other Assets: | | | |
| Personal Property | 25,000 | | |
| Partnership Interests | | | |
| | | | |
| | | | |
| | | Total Liabilities | 137,467 |
| | | Net Worth | 228,141 |
| Total Assets | 365,608 | Total Liabilities and Net Worth | 365,608 |

### GENERAL INFORMATION

Number of Dependents (not including Spouse): 4 ____ Ages: 23, 21, 19, 13 Marital Status: ☒ Married ☐ Unmarried ☐ Separated

Spouse Information:

Name Carmella Giardina Porteous

Address (if different from applicant) _____

Employer Name Vascular Laboratory, Inc. Position or Occupation Technician

Employer Address 4320 Houma Blvd., Metairie, Louisiana 70006

Social Security # _____ Date of Birth 12-23-48 Business Phone _____

If married and domiciled in Louisiana, have you and your spouse executed a contract which varies the legal (Community Property) regime?
☐ Yes ☒ No If "Yes", attach a copy of such contract.

COMP-100.0691LEGL 9/J

Digitized by Google